# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO,<br><br>Defendant. | Case No.: 16cv1077-MMA (AGS)<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS**<br><br>[Doc. No. 28] |

Plaintiff Animal Protection and Rescue League ("Plaintiff") commenced this action against Defendant City of San Diego ("Defendant") on May 4, 2016. *See* Doc. No. 1. On February 8, 2019, Plaintiff filed a motion for voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).[1] *See* Doc. No. 28. The Court set the motion for hearing on March 18, 2019, meaning Defendant was required to file a response in opposition to Plaintiff's motion on or before March 4, 2019. *See* CivLR 7.1.e.2 (stating that "each party opposing a motion . . . must file that opposition or statement of non-opposition . . . not later than fourteen (14) *calendar* days prior to the

---

[1] Federal Rule of Civil Procedure 41(a)(2) provides in pertinent part that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

noticed hearing.") (emphasis in original). Defendant is represented by counsel and was properly served with Plaintiff's motion. To date, Defendant has not filed an opposition or statement of non-opposition to Plaintiff's motion to dismiss.

The Ninth Circuit has held that a district court may grant an unopposed motion to dismiss where a local rule permits, but does not require, it to do so. *See Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995). Here, Civil Local Rule 7.1.f.3.c provides, "[i]f an opposing party fails to file the papers in the manner required by Civil Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for ruling by the court." As such, the Court has the option of granting Plaintiff's motion to dismiss based on Defendant's failure to oppose, and it chooses to do so.

Accordingly, the Court **GRANTS** Plaintiff's unopposed motion to dismiss and **DISMISSES** this action without prejudice. *See Albergo v. Immunosyn Corp.*, No. 9cv2653-DMS (MDD), 2012 WL 12953731, at *1 (S.D. Cal. July 25, 2012) (granting the plaintiff's motion for partial dismissal pursuant to Rule 41(a)(2) as unopposed). The Clerk of Court is instructed to close the case.

**IT IS SO ORDERED.**

Dated: March 15, 2019

HON. MICHAEL M. ANELLO
United States District Judge